UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-24390-FAM

VIRGINIA SHIDAL,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff respectfully responds to the Court's Order to show cause (ECF No. 4). On November 8, 2024, Plaintiff filed the Complaint (ECF No. 1). The deadline for service would be February 6, 2025 Fed. R. Civ. Pro. 4(m), which requires service of the summons and complaint to be perfected within 90 days after filing of the complaint. A Waiver of Service has been sent to Defendant NCL (BAHAMAS) LTD., and will be filed later today. The Waiver of Service was sent and served to Defendant NCL (BAHAMAS) LTD within ninety day's per Fed. R. Civ. Pro. 4(m).

    Respectfully submitted,

    LIPCON, MARGULIES,
    & WINKLEMAN, P.A.
    *Attorney for Plaintiff*
    2800 Ponce de Leon Boulevard, Suite 1480
    Coral Gables, Florida 33134
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

By: */s/ Marc E. Weiner*
    **MARC E. WEINER**
    Florida Bar No. 91699
    mweiner@lipcon.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Marc E. Weiner*
**MARC E. WEINER**

**SERVICE LIST**
*Shidal v. NCL*
**Case No. 24-cv-24390-FAM**

**MICHAEL A. WINKLEMAN**
Florida Bar No. 36719
mwinkleman@lipcon.com
**MARC E. WEINER**
Florida Bar No. 91699
mweiner@lipcon.com
LIPCON, MARGULIES,
& WINKLEMAN, P.A.
2800 Ponce de Leon Blvd.,
Suite 1480
Coral Gables, FL 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiff*